WILLIAM RITCHIE, JR., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 2114. Promulgated April 16, 1928.

*William Ritchie, Jr., Esq.,* pro se.
*Benton Baker, Esq.,* for the respondent.

608

OPINION.

LANSDON: In the light of the evidence we are of the opinion that the determination of the respondent must be affirmed. Even if the alleged loss was sustained it is obvious that it is not deductible in the taxable year.

*Judgment will be entered for the respondent.*